GORDON SILVER
ERIC R. OLSEN
Nevada Bar No. 3127
Email: eolsen@gordonsilver.com
JOEL Z. SCHWARZ
Nevada Bar No. 9181
Email: jschwarz@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666
Attorneys for Plaintiffs/Counterdefendants

SAMUEL S. LIONEL
Nevada Bar No. 1766
slionel@lionelsawyer.com
CHRISTOPHER MATHEWS
Nevada Bar No. 10675
cmathews@lionelsawyer.com
LIONEL SAWYER & COLLINS
300 South Fourth Street, Suite 1700
Las Vegas, Nevada 89101
Telephone: (702) 383-888; Fax: (702) 383-8845
Attorneys for Defendant/Counterclamant,
LAS VEGAS SANDS CORP.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BOINK SYSTEMS, INCORPORATED, and ASAI PROCESSING SERVICES, INC., <br><br> Plaintiffs/Counterdefendants, <br><br> vs. <br><br> LAS VEGAS SANDS CORPORATION, <br><br> Defendant/Counterclaimant. | CASE NO. 08-cv-00089-RLH-GWF <br><br> **JOINT REQUEST FOR REASSIGNMENT** |

On September 27, 2010, the above-captioned parties submitted confidential settlement statements to Magistrate Judge George W. Foley, Jr., pursuant to an Order of this Court dated June 18, 2010. (DE 132). A settlement conference was held before Judge Foley on October 4, 2010. Both parties participated fully and candidly in the conference, disclosing additional confidential information regarding their settlement positions and evaluations of the issues in this case to Judge Foley in private session, and individually receiving his candid evaluation of the case. No settlement was reached. (DE 138).

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101564-001/1059571.doc

1 of 2

The parties have now agreed to trial before a magistrate judge and filed the appropriate consent form with the Court. The parties jointly wish to express their gratitude to Judge Foley for his efforts on their behalf; but per the Court's recommendation and in light of the prior proceedings, respectfully request that the case be reassigned to a different magistrate judge for the jury trial.

Dated this 29th day of October, 2010.

GORDON SILVER

By:_____/s/ Joel Z. Schwarz__
   Eric R. Olsen
   Nevada Bar No. 3127
   Joel Z. Schwarz
   Nevada Bar No. 9181
   3960 Howard Hughes Pkwy, 9th Fl.
   Las Vegas, Nevada 89169
   Telephone: (702) 796-5555
   Attorneys for Plaintiff/Counterdefendant

Dated this 29th day of October, 2010.

LIONEL SAWYER & COLLINS

By:_____/s/ Christopher Mathews__
   Samuel S. Lionel
   Nevada Bar No. 1766
   Christopher Mathews
   Nevada Bar No. 10674
   300 South Fourth, 17th Fl.
   Las Vegas, NV 89101
   Telephone: (702) 383-8888
   Attorneys for Defendant/
   Counterclaimant

IT IS SO ORDERED.

_____
CHIEF UNITED STATES DISTICT JUDGE

DATED: November 1, 2010

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101564-001/1059571.doc