UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BOINK SYSTEMS, INC., *et al*,      )
                                   )
   Plaintiff(s),                   )
                                   )
vs.                                )          2:08-cv-0089-PAL
                                   )
LAS VEGAS SANDS CORPORATION,       )
                                   )
                                   )
   Defendant(s).                   )
_____)

    This Court having ordered the jury impaneled in the above-entitled action to be kept together during period(s) of deliberation, now, therefore,

    IT IS ORDERED that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of Court for the March 1, 2011.

DATED this _1st_ day of _March,_ 2011.


_____
PEGGY A. LEEN
U. S. MAGISTRATE JUDGE