**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA**

2:08-cv-0089-PAL

BOINK SYSTEMS, INCORPORATED, *et al* v. LAS VEGAS SANDS CORPORATION

Stipulated Permanent Injunction Regarding Certain Counterclaims
Filed in open court on February 22, 2011

STIPULATED PERMANENT INJUNCTION

THIS STIPULATED PERMANENT INJUNCTION ("Agreement") is entered into as of the ___ day of February 2011, between BOINK SYSTEMS INCORPORATED, a Delaware corporation ("Boink"), and ASAI PROCESSING SERVICES, INC., a Delaware corporation, (Boink and ASAI are collectively referred to hereinafter as "Counterdefendants"), and LAS VEGAS SANDS CORP., a Nevada corporation, ("LVS").

Recitals

A. LVS is the exclusive owner of the trademarks comprised in whole, or in part, of the distinguishing formatives VENETIAN and/or PALAZZO, the V Crest (Design), and the V Crest & Winged Lion (Design) in the United States and many other countries of the world in connection with convention-based destination integrated resorts and related goods and services for Meetings, Incentive, Convention and Exhibition (MICE), gaming, leisure and entertainment offerings and amenities, including theaters, hospitality, luxury suites, food & beverage, retail malls, and transportation services (the "Goods/Services"), including without limitation the U.S. registrations and pending applications in the United States Patent and Trademark Office attached hereto as Exhibit 1 (the "Marks").

B. On September 9, 2008, LVS asserted counterclaims against Counterdefendants in connection with their suit against LVS in the U.S. District Court for the District of Nevada, case no. 08-CV-00089-RLH-GWF (now case no. 08-CV-00089-PAL) (the "Action"), alleging that Counterdefendants had used the Marks without authorization in violation of applicable laws, and Counterdefendants denied all of LVS' counterclaims.

NOW THEREFORE, in consideration of the foregoing and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto hereby agree as follows:

1. LVS hereby dismisses its Sixth and Seventh counterclaims.

2. Counterdefendants, jointly and severally, and together with all of their officers, agents, servants, employees, representatives, attorneys and assigns, and all other persons, firms, or companies in active concert or participation with them consent to be hereby permanently enjoined and restrained from directly or indirectly:



   a. Using the Marks or any confusingly similar marks in any word, words, phrases, symbols, logos, or any combination of words or symbol that would create a likelihood of confusion, mistake, or deception therewith, including, without limitation, the Marks, or any other mark owned by LVS, in connection with or in the marketing, offering, selling, disposing of, licensing, leasing, transferring, displaying, advertising, reproducing, developing, or manufacturing of goods and/or services in commerce;

   b. Maintaining any materials in their possession or under their control that contains infringements of, or things likely to cause confusion with, the Marks or any other LVS trademark;

   c. Unfairly competing with LVS in any manner whatsoever;

   d. Doing any other act likely to induce the mistaken belief that Counterdefendants or its goods or services or commercial activities are in any way affiliated, connected, or associated with LVS or its goods or services;

   e. Causing likelihood of confusion, injury to LVS's business reputation, or dilution of the distinctiveness of the Marks, symbols, labels, or forms of advertisement;

   f. Committing trademark infringement, trade dress infringement, trademark dilution, false advertising, false designation of origin, false descriptions, unfair competition, and/or interference with prospective economic advantage and/or any other act or making any other statement that infringes or dilutes the Marks or trade dress or constitutes an act of infringement, dilution, unfair competition, untrue and misleading advertising, and/or interference with prospective economic advantage, under federal law and/or the laws of the state of Nevada; and

   g. Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in the above paragraphs (a) through (f).

Page 1 of 2

3. In the event a Counterdefendant breaches any terms of this Agreement, or otherwise infringes or dilutes the Marks, LVS shall be entitled to injunctive relief without notice or bond, damages, and profits, and each Counterdefendant in breach shall pay LVS' attorneys' fees and costs incurred as a result of such infringement, dilution, and/or breach, including investigative costs incurred in the discovery of such infringement, dilution, and/or breach.

4. The permanent injunction shall remain in full force and effect unless and until modified by order of this Court.

5. Counterdefendants agree that the federal or state courts in Nevada shall have personal jurisdiction over Counterdefendants in any dispute involving this Agreement and any future violation of LVS's Marks.

6. This Agreement will be binding upon and inure to the benefit of the parties and their successors and assigns permitted by this Agreement.

7. This Agreement may be executed in any number of counterparts, each of which shall be considered an original, but all of which counterparts shall be deemed to be one and the same document. Parties may execute this Agreement by signatures obtained through facsimile and those signatures may be relied upon by the other parties as valid as if they were signed in the presence of the other parties.

Each person signing below represents that he or she has read this Agreement in its entirety, understands its terms, is duly authorized to execute this Agreement on behalf of the party indicated below by his or her name, and agrees on behalf of such party that such party will be bound by those terms.

IN WITNESS WHEREOF, each party has caused this Agreement to be executed on its behalf by itself or by a duly authorized representative on the day and year first written above.

BOINK SYSTEMS, INCORPORATED

By: _____
Title _____
Date _____

ASAI PROCESSING SERVICES, INC.

By: _____
Title _____
Date _____

LAS VEGAS SANDS CORP.

By: _____
Title _____
Date _____

IT IS SO ORDERED.

_____
Hon. Peggy A. Leen
United States Magistrate Judge

Page 2 of 2

3. In the event a Counterdefendant breaches any terms of this Agreement, or otherwise infringes or dilutes the Marks, LVS shall be entitled to injunctive relief without notice or bond, damages, and profits, and each Counterdefendant in breach shall pay LVS' attorneys' fees and costs incurred as a result of such infringement, dilution, and/or breach, including investigative costs incurred in the discovery of such infringement, dilution, and/or breach.

4. The permanent injunction shall remain in full force and effect unless and until modified by order of this Court.

5. Counterdefendants agree that the federal or state courts in Nevada shall have personal jurisdiction over Counterdefendants in any dispute involving this Agreement and any future violation of LVS's Marks.

6. This Agreement will be binding upon and inure to the benefit of the parties and their successors and assigns permitted by this Agreement.

7. This Agreement may be executed in any number of counterparts, each of which shall be considered an original, but all of which counterparts shall be deemed to be one and the same document. Parties may execute this Agreement by signatures obtained through facsimile and those signatures may be relied upon by the other parties as valid as if they were signed in the presence of the other parties.

Each person signing below represents that he or she has read this Agreement in its entirety, understands its terms, is duly authorized to execute this Agreement on behalf of the party indicated below by his or her name, and agrees on behalf of such party that such party will be bound by those terms.

IN WITNESS WHEREOF, each party has caused this Agreement to be executed on its behalf by itself or by a duly authorized representative on the day and year first written above.

BOINK SYSTEMS, INCORPORATED

By: _____

Title _____

Date _____

ASAI PROCESSING SERVICES, INC.

By: _____

Title _____

Date _____

LAS VEGAS SANDS CORP.

By: _[signature]_

Title _Exec. VP and CFO_

Date _2/21/11_

IT IS SO ORDERED.

_[signature]_
Hon. Peggy A. Leen
United States Magistrate Judge

# Exhibit 1

| Trademark | Image | Application No. | Registration No. | Classes, Goods and Services |
|---|---|---|---|---|
| PALAZZO | PALAZZO | 75068699 | 2683895 | 41  Providing facilities for entertainment shows in the nature of musical, magic, nightclub act, miming, revues, and casino services located in a hotel function room |
| PALAZZO | PALAZZO | 75979976 | 2729637 | 42  Hotel services, namely, providing facilities for conventions, conferences, banquets, social functions, fund raising, and special events; and providing hotel lodging services |
| PALAZZO | PALAZZO | 77298259 | | 35  Retail variety stores not including apparel or clothing items; retail store services as part of a resort hotel casino facility featuring a variety of goods, namely, general merchandise, souvenirs, novelty items, gift items, jewelry, toys, sporting goods, stationery products, books, fragrances, personal care products, housewares, art, foods and beverages, all the foregoing not including apparel or clothing items |
| PALAZZO | PALAZZO | 77360965 | 3528883 | 29  Potato chips; processed nuts |
| PALAZZO | PALAZZO | 77360958 | 3528882 | 30  Chocolate candies; candy; caramel popcorn; cookies; gummy candies |
| PALAZZO | PALAZZO | 77360943 | 3702352 | 36  Shopping center services, namely, issuing stored value cards and rental of shopping center space in the nature of kiosks; building management services; check cashing services; collection of debt services; currency exchange services; electronic funds transfer services; real estate services, namely, rental of condominiums and shopping mall space; safe deposit box services; leasing of real estate, real estate management services |

| Mark | Image | Serial No. | Reg. No. | Class / Services |
|---|---|---|---|---|
| PALAZZO | PALAZZO | 77360939 | 3532236 | 38  Local and long distance telephone services; providing telephone conferencing services; telephone voice messaging services; facsimile transmission and retrieval services; wireless broadband communication services |
| PALAZZO | PALAZZO | 77360925 | 3696476 | 41  Casino services; gambling services; gaming services; entertainment services in the nature of theatre productions and art exhibition services; golf course and golf club services; providing newsletters in the field of casino services, food services, entertainment services and resort services via email; arranging of seminars; educational demonstrations; rental of audio-visual equipment; rental of portable stages; preparation of special effects for trade show booths and exhibitions; entertainment, namely, lighting production |
| PALAZZO | PALAZZO | 77360921 | | 43  Hotel, bar, restaurant and catering services<br>44  Floral decoration services and floral design services for weddings and special events |
| PALAZZO | PALAZZO | 77360919 | | 43  Provision of conference, exhibition and meeting facilities; providing convention facilities; providing facilities for exhibitions; catering services; hotel, bar, restaurant and catering services |
| PALAZZO | PALAZZO | 77360915 | 3705985 | 45  Wedding chapel services; personal shopping services for others; hotel concierge services; concierge services for others comprising making requested personal arrangements and reservations and providing customer-specific information to meet individual needs rendered together in a casino, hotel, condominium, office, business conference or shopping center environment; security guard services, monitoring security systems, providing personal security consultation; rental of safes; shopping center services, namely, shopping center concierge services |
| | | | | 35  Retail store services, located within shopping arcades and alone, featuring a variety of goods, namely, general consumer merchandise, souvenirs, novelty items, gift items, clothing, clothing accessories, jewelry, toys, sporting goods, stationery products, |

| Mark | Image | Serial No. | Reg. No. | Goods/Services |
|---|---|---|---|---|
| THE SHOPPES AT THE PALAZZO | THE SHOPPES AT THE PALAZZO | 77206381 | 3517449 | books, videos, fragrances, personal care products, cosmetics, house ware, art, foods, beverages, cigars, cigarettes, and smoking accessories; Providing information about and making referrals in the field of consumer products, retail services, events, activities, attractions and facilities in particular geographic locations<br>36   Leasing of shopping mall space; Shopping center services, namely, rental of shopping center space<br>41   Conducting entertainment exhibitions in the nature of musical shows, magic shows, live performances by nightclub acts, glass blowing exhibitions, miming and revues |
| THE SHOPPES AT THE PALAZZO logo | THE SHOPPES AT THE PALAZZO (logo) | 77206395 | 3517450 | 35   Retail store services, located within shopping arcades and alone, featuring a variety of goods, namely, general consumer merchandise, souvenirs, novelty items, gift items, clothing, clothing accessories, jewelry, toys, sporting goods, stationery products, books, videos, fragrances, personal care products, cosmetics, house ware, art, foods, beverages, cigars, cigarettes, and smoking accessories; Providing information about and making referrals in the field of consumer products, retail services, events, activities, attractions and facilities in particular geographic locations<br>36   Leasing of shopping mall space; Shopping center services, namely, rental of shopping center space<br>41   Conducting entertainment exhibitions in the nature of musical shows, magic shows, live performances by nightclub acts, glass blowing exhibitions, miming and revues |
| THE VENETIAN | THE VENETIAN | 75978541 | 2427621 | 35   retail stores services, located within shopping arcades and alone, featuring a variety of goods, namely general merchandise, souvenirs, novelty items, gift items, clothing, clothing accessories, jewelry, toys, sporting goods, stationery products, books, fragrances, personal care products, housewares, art, foods and beverages |
| THE VENETIAN | THE VENETIAN | 75431835 | 2411053 | 42   hotels, hotel concierge services, bar services, security guard services, catering services, providing facilities for conventions, banquets, social functions, fund raising, and special events |

| Mark | Image | Serial No. | Reg. No. | Class / Goods |
|---|---|---|---|---|
| THE VENETIAN | THE VENETIAN | 75431834 | 2507362 | 41 casino and gaming services; providing casino and gaming facilities; entertainment, namely, live musical performances, theatrical productions and comedy productions; health clubs; amusement centers and arcades; providing casino and gaming services by means of web sites and a global computer network |
| THE VENETIAN | THE VENETIAN | 75478958 | 2295362 | 42 making hotel reservation for others |
| THE VENETIAN | THE VENETIAN | 85233141 |  | 41 Race and Sports Book Wagering Services |
| THE VENETIAN LAS VEGAS |  | 77220605 | 3429877 | 21 Mugs; plastic water bottles sold empty; decorative earthenware, namely, plates for kitchens and table use; shot glasses |
| THE VENETIAN LAS VEGAS |  | 77220555 | 3494770 | 25 T-shirts; polo shirts; golf shirts; tank tops; pullovers; skirts; robes; rainwear; jackets; wind resistant jackets; sweatshirts; sweatpants |
| THE VENETIAN LAS VEGAS |  | 77220530 | 3434548 | 6 Metal key chains, key fobs, key holders, key rings and sculptures; figurines and figures of common metal; pewter figurines |
| THE VENETIAN LAS VEGAS |  | 77220548 | 3519013 | 28 Plush toys; plush animals; stuffed toys; stuffed animals; play figures; plastic toy figurines; snow globes; toy music boxes |
| THE VENETIAN RESORT HOTEL CASINO |  | 75420729 | 2427241 | 35 retail stores services, located within shopping arcades and separate therefrom, featuring a variety of goods, namely general merchandise, souvenirs, novelty items, gift items, clothing, clothing accessories, jewelry, toys, sporting goods, stationery products, books, fragrances, personal care products, housewares, art, foods and beverages |
| THE VENETIAN RESORT HOTEL CASINO |  | 75420737 | 2350633 | 41 casino and gaming services; gaming facilities; entertainment, namely, live musical performances, theatrical productions and comedy; sporting events; health clubs; amusement centers and arcades; providing casino and gaming services by means of web sites and a global computer network |

| Mark | Image | Serial No. | Reg. No. | Goods/Services |
|---|---|---|---|---|
| THE VENETIAN RESORT HOTEL CASINO | | 75978801 | 2411455 | 42  hotels, hotel concierge services, bar services, security guard services, catering services; providing facilities for conventions, banquets, social functions, fund raising, and special events |
| THE VENETIAN w/ V CREST & WINGED LION | THE VENETIAN | 76260004 | 2542999 | 35  Retail store services, located within shopping arcades and alone, featuring a variety of goods, namely general merchandise, souvenirs, novelty items, gift items, clothing, clothing accessories, jewelry, toys, sporting goods, stationery products, books, videos, fragrances, personal care products, cosmetics, house ware, art, foods, beverages, cigars, cigarettes, and smoking accessories |
| THE VENETIAN w/ V CREST & WINGED LION | THE VENETIAN | 76260005 | 2655917 | 41  Casino and gaming services; providing casino and gaming facilities; entertainment, namely, live musical performances, theatrical productions and comedy productions; amusement centers and arcades; |
| THE VENETIAN w/ V CREST & WINGED LION | THE VENETIAN | 76260001 | 2555775 | 42  Hotels, restaurants, hotel concierge services, bar services, security guard services, catering services, providing facilities for conventions, banquets, social functions, fund raising, and special events |
| THE VENETIAN w/ V CREST & WINGED LION | THE VENETIAN | 77220619 | 3388506 | 9  Cases for mobile phones; disposable cameras; reading glasses; sunglasses |
| THE VENETIAN w/ V CREST & WINGED LION | THE VENETIAN | 77220628 | 3434549 | 6  Metal key chains, key fobs, key holders and key rings |
| THE VENETIAN w/ V CREST & WINGED LION | THE VENETIAN | 77220595 | 3388502 | 3  Cologne; perfumes |

| Mark | | Serial No. | Reg. No. | Class / Goods |
|---|---|---|---|---|
| THE VENETIAN w/ V CREST & WINGED LION |  | 77221098 | 3388533 | 16  Money clips; newsletters in the field of casino services, entertainment services and resort services; pens; pencils; postcards |
| THE VENETIAN w/ V CREST & WINGED LION |  | 77221136 | 3429882 | 21  Mugs; beverageware; swizzle sticks; beverage stirrers, shot glasses |
| THE VENETIAN w/ V CREST & WINGED LION |  | 77221140 | 3429883 | 25  T-shirts; polo shirts; golf shirts; tank tops; pullovers; skirts; robes; scarves; belts; hats; caps; sweatshirts; sweatpants |
| THE VENETIAN w/ V CREST & WINGED LION |  | 77221154 | 3429884 | 28  Plush toys; plush toy animals; stuffed toy dolls and animals; stuffed toy animals; playing cards |
| THE VENETIAN w/ V CREST & WINGED LION |  | 77221164 | 3439885 | 45  Wedding chapel services |
| THE VENETIAN w/ V CREST & WINGED LION |  | 77259344 | 3430056 | 38  Local and long distance telephone services; providing telephone conferencing services; telephone voice messaging services; facsimile transmission and retrieval services; wireless broadband communication services |
| THE VENETIAN w/ V CREST & WINGED LION |  | 77259314 | 3430055 | 18  Roll bags; purses; small purses; clutch bags |

| Mark | Image | Serial No. | Reg. No. | Class / Goods |
|---|---|---|---|---|
| THE VENETIAN w/ V CREST & WINGED LION |  | 77259095 | 3479372 | 26  Hair clips |
| THE VENETIAN w/ V CREST & WINGED LION |  | 77284167 | 3483721 | 35  retail florist shop featuring e-mail or phone-in orders for weddings and special events<br>42  floral decoration services and floral design services for weddings and special events |
| THE VENETIAN w/ V Crest & Winged Lion above |  | 85124936 | | 20  Picture Frames |
| V CREST |  | 77220568 | 3388498 | 21  Beverage glassware, stemware; plastic water bottles sold empty; shot glasses |
| V CREST |  | 77220582 | 3388500 | 25  T-shirts; pullovers; skirts; robes; slippers; hats; caps; rainwear; jackets; wind resistant jackets; warm-up suits; jogging suits; sweatshirts; sweat pants |
| V CREST |  | 77220583 | 3388501 | 28  Plush toys; plush animals; stuffed toys; stuffed animals |
| | | | | 39  Shipping and delivery services, |

| | | | | |
|---|---|---|---|---|
| V CREST |  | 77284187 | 3483723 | namely, pickup, transportation, and delivery of packages and letters by various modes of transportation; coordinating travel arrangements for individuals and for groups; organization of excursions, sightseeing tours, holidays, tours and travel; organization, booking and arrangement of excursions, day trips and sightseeing tours; travel agency services, namely, making reservations and bookings for excursions; transport of passengers; car transport; hired car transport; chauffeur services; limousine services; bus transport services; car parking; valet parking; airport baggage check-in services; delivery of gift baskets with selected items regarding a particular occasion or theme<br>41 Boat rides for entertainment and recreational purposes |
| V CREST |  | 77284176 | 3483722 | 35 retail florist shop featuring e-mail or phone-in orders for weddings and special events<br>42 floral decoration services and floral design services for weddings and special events |
| V CREST w/ WINGED LION |  | 75978407 | 2427620 | 35 RETAIL STORES SERVICES, LOCATED WITHIN SHOPPING ARCADES AND ALONE, FEATURING A VARIETY OF GOODS, NAMELY GENERAL MERCHANDISE, SOUVENIRS, NOVELTY ITEMS, GIFT ITEMS, CLOTHING, CLOTHING ACCESSORIES, JEWELRY, TOYS, SPORTING GOODS, STATIONERY PRODUCTS, BOOKS, FRAGRANCES, PERSONAL CARE PRODUCTS, HOUSEWARES, ART, FOODS, BEVERAGES, AND SMOKING ACCESSORIES |
| V CREST w/ WINGED LION |  | 75420716 | 2352445 | 41 casino and gaming services; gaming facilities; entertainment, namely, live musical performances, theatrical productions and comedy; sporting events; health clubs; amusement centers and arcades; providing casino and gaming services by means of web sites and a global computer network |

| Mark | Image | Serial No. | Reg. No. | Class / Goods |
|---|---|---|---|---|
| V CREST w/ WINGED LION |  | 75420772 | 2411034 | 42  HOTEL, hotel concierge services, bar services, security guard services, catering service, providing facilities for conventions, banquets, social functions, fund raising, and special events |
| V CREST w/ WINGED LION |  | 77223734 | 3381563 | 21  Mugs; beverageware; swizzle sticks; beverage stirrers, shot glasses |
| V CREST w/ WINGED LION |  | 77223766 | 3394525 | 25  T-shirts; polo shirts; golf shirts; tank tops; pullovers; skirts; robes; scarves; belts; hats; caps; sweatshirts; sweatpants |
| V CREST w/ WINGED LION |  | 77223752 | 3394523 | 28  Plush toys; plush animals; stuffed toys; stuffed animals; playing cards |
| V CREST w/ WINGED LION |  | 77223760 | 3394524 | 45  Wedding chapel services |
| V CREST w/ WINGED LION |  | 77223708 | 3388638 | 3  Cologne; perfumes |
| V CREST w/ WINGED LION |  | 77223713 | 3394520 | 9  Cases for mobile phones; disposable cameras; reading glasses, sunglasses |

Exhibit I	Page 10 of 13



| | | | | |
|---|---|---|---|---|
| V CREST w/ WINGED LION |  | 77223716 | 3394522 | 16 Money clips; newsletters in the field of casino services, entertainment services and resort services; pens; pencils; postcards |
| V CREST w/ WINGED LION |  | 77259072 | 3394751 | 26 Sewing kits comprised of buttons, needles, pins and thread |
| V CREST w/ WINGED LION |  | 77259338 | 3394752 | 38 Local and long distance telephone services; providing telephone conferencing services; telephone voice messaging services; facsimile transmission and retrieval services; wireless broadband communication services |
| V CREST w/ WINGED LION |  | 77259376 | 3394754 | 18 Roll bag; purses; small purses; clutch bags |
| V CREST w/ WINGED LION |  | 77259372 | 3394753 | 3 Bar soap; bath gels; hair conditioners; body lotions; hair shampoo |
| V CREST w/ WINGED LION | | 77284156 | 3483718 | 35 retail florist shop featuring e-mail or phone-in orders for weddings and special events<br>42 floral decoration services and floral |

| | | | | design services for weddings and special events |
|---|---|---|---|---|
| V CREST w/ WINGED LION |  | 77284160 | 3483719 | 39  Shipping and delivery services, namely, pickup, transportation, and delivery of packages and letters by various modes of transportation; coordinating travel arrangements for individuals and for groups; organization of excursions, sightseeing tours, holidays, tours and travel; organization, booking and arrangement of excursions, day trips and sightseeing tours; travel agency services, namely, making reservations and bookings for excursions; transport of passengers; car transport; hired car transport; chauffeur services; limousine services; bus transport services; car parking; valet parking; airport baggage check-in services; delivery of gift baskets with selected items regarding a particular occasion or theme<br>41  Boat rides for entertainment and recreational purposes |
| VENETIAN | | 75064849 | 2326994 | 42  hotel and retail gift store services featuring clothing, art, jewelry, housewares and similar goods |
| VENETIAN | | 75978868 | 2322513 | 41  entertainment shows, namely, musical, magic, nightclub acts, glass blowing exhibitions, miming and revues |
| VENETIAN | | 75431836 | 2507363 | 41  CASINO AND GAMING SERVICES; PROVIDING CASINO AND GAMING FACILITIES; ENTERTAINMENT, NAMELY, LIVE MUSICAL PERFORMANCES, THEATRICAL PRODUCTIONS AND COMEDY PRODUCTIONS; HEALTH CLUBS; AMUSEMENT CENTERS AND ARCADES; PROVIDING CASINO AND GAMING SERVICES BY MEANS OF WEB SITES AND A GLOBAL COMPUTER NETWORK |
| VENETIAN | | 75978356 | 2411454 | 42  hotels, hotel concierge services, bar services, security guard services, catering services, providing facilities for conventions, banquets, social functions, fund raising, and special events |
| | | | | 35  retail stores services, located within |

| Mark | Serial No. | Reg. No. | Goods/Services |
|---|---|---|---|
| VENETIAN | 75431583 | 2427247 | shopping arcades and alone, featuring a variety of goods, namely, general merchandise, souvenirs, novelty items, gift items, clothing, clothing accessories, jewelry, toys, sporting goods, stationery products, books, fragrances, personal care products, housewares, art foods and beverages |
| VENETIAN | 77220418 | 3434545 | 16  Pens; pencils; photograph albums; paperweights; desktop business card holders; letter openers; note cards; postcards |
| VENETIAN | 77220430 | 3475018 | 18  Tote bags; luggage tags |
| VENETIAN | 77220432 | 3434546 | 21  Beverage glassware, mugs; stemware; beverage ware; decorative earthenware, namely, earthenware plates for kitchens and table use; plastic water bottles sold empty; statuettes of glass; cork screws; non-metal piggy banks; hip flasks; compacts sold empty; powder compacts sold empty |
| VENETIAN | 77220415 | 3475017 | 14  Jewelry; Lapel pins |
| VENETIAN | 77220413 | 3434544 | 9  Decorative magnets; cases for mobile phones; reading glasses |
| VENETIAN | 77220310 | 3434543 | 3  Cologne; perfumes |
| VENETIAN | 77220524 | 3388495 | 25  T-shirts; polo shirts; golf shirts; tank tops; pullovers; skirts; belts; hats; caps; rainwear; jackets; wind resistant jackets; robes |
| VENETIAN | 77220495 | 3434547 | 36  Currency exchange services, safe deposit box services |
| VENETIAN | 77220515 | 3388494 | 45  Wedding chapel services |
| VENETIAN | 77221185 | 3429886 | 35  Promoting the sale of credit card accounts by the administration of incentive point awards program for customers; contests and incentive award programs to promote the sale of products and services of others; customer loyalty services and customer club services, for commercial, promotional and/or advertising purposes |

| Mark | Image | Serial | Reg. | Class / Goods |
|---|---|---|---|---|
| VENETIAN | | 77259352 | 3523265 | 28  Plush toys; plush animals; stuffed toys; stuffed animals; play figures; plastic toy figurines; toy banks; dice; playing cards; snow globes; golf bag tags; Christmas tree ornaments; toy music boxes |
| VENETIAN | | 77259060 | 3487494 | 18  Roll bags; purses; small purses; clutch bags |
| VENETIAN | | 77259327 | 3507268 | 29  Potato chips; processed nuts |
| VENETIAN | | 77259291 | 3425991 | 38  Local and long distance telephone services; providing telephone conferencing services; telephone voice messaging services; facsimile transmission and retrieval services; wireless broadband communication services |
| VENETIAN | | 77284162 | 3483720 | 35  retail florist shop featuring e-mail or phone-in orders  42  floral decoration services and floral design services for weddings and special events |
| VENETIAN STYLE | VENETIAN STYLE | 78954783 | 3304819 | 16  Magazines promoting tourism, shopping, dining, entertainment, local attractions, history, culture, resorts, casinos and real estate |
| VENETIAN WEDDINGS Logo | VENETIAN WEDDINGS | 85077962 | | 45  Wedding Chapel Services |