UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BOINK SYSTEMS, INCORPORATED, and ASAI PROCESSING SERVICES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> LAS VEGAS SANDS CORPORATION, <br><br> Defendant. | CASE NO. 08-cv-00089-RLH-GWF <br><br> AMENDED JUDGMENT |

The Court, having reviewed and considered: (1) the Motion to Correct and Amend Judgment (Doc. #209) filed by Plaintiffs Boink Systems Incorporated ("BSI") and ASAI Processing Services, Inc. ("ASAI Processing", and collectively with BSI, the "Plaintiffs"), no opposition thereto having been filed by Defendant Las Vegas Sands Corp. ("LVS"); (2) Defendant Las Vegas Sands' Post-Judgment Motion (Doc. #212), the Opposition thereto (Doc. #218) filed by Plaintiffs, and LVS' Reply to Plaintiffs' Opposition (Doc. #220); and (3) Plaintiffs' Bill of Costs (Doc. #208), no opposition thereto having been filed by LVS; having heard argument of counsel for the parties at the May 3, 2011 hearing on the foregoing; pursuant to Federal Rules of Civil Procedure ("FRCP") 49(b)(3), 54(d), 58, 59(e), and 60(a) and the Minute Order of the Court entered May 3, 2011 (Doc. #222), and good cause appearing therefore,

IT IS HEREBY ORDERED, DECREED AND ADJUDGED that the Judgment in a Civil Case (the "Judgment") entered by the Clerk March 2, 2011 (Doc. #203) is amended as follows:

(1) Judgment is entered in favor of Plaintiff Boink Systems, Inc. ("BSI") as to its breach of contract claim against Defendant Las Vegas Sands Corp. ("LVS"), and BSI is awarded damages against LVS in the amount $1,260,000.00 on said claim.

(2) Judgment is entered against BSI on its claims for breach of the implied covenant of good faith and fair dealing and negligent misrepresentation against LVS.

(3) Judgment is entered in favor of Plaintiff ASAI Processing Services, Inc. ("ASAI Processing") as to its breach of contract claim against LVS, and ASAI Processing is awarded damages against LVS in the amount of $342,000.00 on said claim.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101564-001/1202300

1 of 2

(4) Pursuant to FRCP 49(b)(3)(A) and FRCP 58, Judgment is entered against ASAI Processing as to its claims for breach of the implied covenant of good faith and fair dealing and negligent misrepresentation against LVS.

(5) Pursuant to FRCP 49(b)(3)(A) and FRCP 58, Judgment is entered against LVS on its counterclaim for breach of contract against BSI.

(6) Judgment is entered against LVS on its counterclaims for breach of the implied covenant of good faith and fair dealing and negligent misrepresentation against BSI.

(7) Pursuant to FRCP 54(d)(1), Plaintiffs are awarded costs in the amount of $2,725.18.

(8) Pursuant to Nevada Revised Statutes § 17.130, Plaintiffs are awarded pre-judgment interest against LVS in the amount of $205,155.60.

(9) Pursuant to 28 U.S.C. § 1961, Plaintiffs are awarded post-judgment interest against LVS on the judgment amount of $1,809,988.07 from the date of entry of this Amended Judgment until satisfaction by LVS.

IT IS SO ADJUDGED this 20th day of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

Prepared and submitted by:

GORDON SILVER

_____
ERIC R. OLSEN, ESQ.
Nevada Bar No. 3127
JOEL Z. SCHWARZ, ESQ.
Nevada Bar No. 9181
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
(702) 796-5555
Attorneys for Plaintiffs

Approved as to form by:

LIONEL SAWYER & COLLINS

_____
DAVID N. FREDERICK, ESQ.
Nevada Bar No. 1548
CHRISTOPHER MATTHEWS, ESQ.
Nevada Bar No. 10674
300 South Fourth, #1700
Las Vegas, Nevada 89100
(702) 383-8888
Attorneys for Defendant

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101564-001/1202300

2 of 2