2013 AUG 21  P 1:04

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* *

| | |
|---|---|
| BOINK SYSTEMS INC et al, | 2:08-cv-089 PAL |
| Plaintiff(s), | |
| vs. | |
| LAS VEGAS SANDS CORP, | |
| Defendant(s). | |

### ORDER FOR DESTRUCTION OF EXHIBITS

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, counsel was notified via Minute Order on **JULY 8, 2013** that they could retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. **IT IS HEREBY ORDERED** that if exhibits are not retrieved by counsel prior to **AUGUST 26, 2013**, the Clerk is authorized to destroy said exhibits.

Dated: August 12, 2013

_____
U.S. MAGISTRATE JUDGE